UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                                 CHAPTER 13 PROCEEDINGS
**NORENE CASSIDY**                      CASE NUMBER: 05-22163
                                                 HON: DANIEL S OPPERMAN

                    **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $127.55 for deposits in the U. S. Registry as evidenced by the attached Check No. 266904 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from 2009 and 2010 on behalf of the following creditor:

     Great Seneca Financial      $127.55      various disbursements from 2009 and 2010

     Believe creditor is out of business

Date: June 24, 2011                                     /s/ Thomas W McDonald
                                                         Thomas W McDonald, Jr.
                                                         Chapter 13 Trustee
                                                         3144 Davenport Ave
                                                         Saginaw Mi 48602
                                                         Telephone (989) 792-6766
                                                         ecf@mcdonald13.org