**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**In the Matter of:**

                                        **CHAPTER 13 PROCEEDINGS**
**NORENE CASSIDY**                            **CASE NUMBER: 05-22163**
                                        **HON: DANIEL S OPPERMAN**

                      **Debtor(s).**
_____/

**STATEMENT REGARDING FUNDS TO BE**
**DEPOSITED IN US REGISTRY**

Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $9.08 for deposits in the U. S. Registry as evidenced by the attached Check No. 266903 made payable to U.S. Bankruptcy Court.

The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from April 8, 2011 on behalf of the following creditor:


      Great Seneca Financial       $9.08       April 8, 2011

      Believe creditor is out of business

Date: June 24, 2011                           /s/ Thomas W McDonald_____
                                           Thomas W McDonald, Jr.
                                           Chapter 13 Trustee
                                           3144 Davenport Ave
                                           Saginaw Mi 48602
                                           Telephone (989) 792-6766
                                           ecf@mcdonald13.org